IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23-CR-060 |
| v. | § | Judge Jordan |
| | § | |
| GUIDO RODOLFO BONILLA | § | |
| MORALES | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in Count One of the Indictment with a violation of 46 U.S.C. §§ 70503(a) and 70506(a) & (b), Conspiracy to Possess with the Intent to Distribute Cocaine while on board a vessel subject to the jurisdiction of the United States. The essential elements which must be proven to establish the offense are as follows:

1. That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in the Indictment, that is, to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, while onboard a vessel subject to the jurisdiction of the United States;

2. That the defendant knew of the unlawful purpose of the agreement;

3. That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

4. That the overall scope of the conspiracy involved 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; and

5. That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 5 kilograms or more of a mixture of substance containing a detectable amount of cocaine.

Elements of the Offense
Page 1

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/ Christopher T. Rapp*
Christopher T. Rapp
Assistant United States Attorney
101 E. Park Blvd, Suite 500
Plano, Texas 75074
(972) 509-1201
Christopher.T.Rapp@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on April 9, 2026.

*/s/ Christopher T. Rapp*
CHRISTOPHER T. RAPP
Assistant United States Attorney

Elements of the Offense
Page 2