IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:23-CR-060 |
| v. | § | Judge Jordan |
| | § | |
| GUIDO RODOLFO BONILLA | § | |
| MORALES | § | |

## **FACTUAL BASIS**

The defendant, Guido Rodolfo Bonilla Morales, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1.    That the defendant, Guido Rodolfo Bonilla Morales, who is changing his plea to guilty, is the same person charged in the Indictment.

2.    That Guido Rodolfo Bonilla Morales and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, that is to possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, while onboard a vessel subject to the jurisdiction of the United States.

3.    That Guido Rodolfo Bonilla Morales knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4.    That Guido Rodolfo Bonilla Morales knew that the amount involved during the term of the conspiracy involved at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine.  This amount was involved in the conspiracy

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

5.    That during the term of the conspiracy, Guido Rodolfo Bonilla Morales helped coordinate the transportation of ton amounts of cocaine through international waters so the cocaine could be delivered for further distribution in various countries. These crimes occurred on board vessels subject to the jurisdiction of the United States pursuant to 46 U.S.C. §§ 70502(c), providing this Court with subject-matter jurisdiction.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated 04-07-2026

_____
Guido Rodolfo Bonilla Morales
Defendant  04-07-2026

### COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.    I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated:  April 7, 2026

_____
Brian O'Shea
Attorney for the Defendant

Factual Basis
Page 2